## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9688456 | MENTO | 1774 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/20/2023 | 36 CFR 2.10(b)(10) |

Place of Offense: N. Rim Campground Rd
36.2124567, -112.0592038

Offense Description: Factual Basis for Charge — HAZMAT ☐

Camping outside designated area

**DEFENDANT INFORMATION**

Last Name: Hanson    First Name: Eric    M.I.: R

City: Flagstaff   State: AZ   Zip Code: 86004   Date of Birth: 1983

D.L. State: AZ   SSN: ...7375

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: Red   Eyes: Blue   Height: 5'11"   Weight: 165

**VEHICLE** — CMV ☐

A ☒ If Box A is checked, you must appear in court.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**

TO DISCUSS PRE-TRIAL OPTIONS:
JENNIFER VANDRAGT
(928)556-5011
U.S. Magistrate Court, 2 Center Rd, Grand Canyon AZ

Date: April 5th, 2023    Time: 08:30 a.m.

X Defendant Signature: MAILED

Original - CVB Copy

---

UNITED STATES DISTRICT COURT
VIOLATION NOTICE
23-04069-MJ-01-PCT-CDB

---

Location Code: **A107**
Citation Number - 9688456
NPS Case Number – NP23043030
Ranger Last Name - Mento

☐ AUDIO OR VIDEO PRESENT (Check Box If Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/20/2023 while exercising my duties as a law enforcement officer in the District of Arizona -

On February 19th, 2023, at approximately 3:30 p.m., I was patrolling with Officer Evans on the North Rim at North Kaibab Trail Head when I saw 3 tents erected at the North Kaibab Trail Head. Officer Hopp stated that the tents belonged to permit HANSON who had a medical emergency the previous night. Officer Evans and I followed the groups tracks to Bright Angel Point and contacted the group at approximately 4:30 p.m. We reminded the group that as a term and condition of their backcountry permit, as well as their commercial filming permit, they needed to camp in the North Rim backpackers' campsite in the campground. They stated they would move their tents from the trail head to the backpackers' site. At approximately 6:00 p.m., the group was contacted by Officer Hopp and told to move their campsite to their designated campsite and given directions.

On February 20th, 2023, at approximately 12:00 p.m., I encountered the filming group at Manzanita Ranger Station. HANSON stated that they moved their campsite to the backpackers' site on the North Rim. At approximately 13:30, I received a radio call from Officer Evans stating that he tracked the group to their campsite on the North Rim, outside of the designated campground and in front of the Sinclair Gas Station on Campground Road (GPS: 36.2124567, -112.0592038).

I issued HANSON a mandatory appearance citation under 36 CFR 2.10(b)(10): Camping outside of designated area. Citation mailed.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: February 20th, 2023

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D Bibles** — Digitally signed by Camille D Bibles, Date: 2023.02.22 16:24:28 -07'00'
U.S. Magistrate Judge