**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** July 17, 2023 |
| **USA v. Eric Roger Hanson** | **Case Number:** 23-04069MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns for Dondi Jean Osborne
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**CHANGE OF PLEA HEARING**

☒ Plea of Guilty entered as to Citation 9688456.

☒ Court accepts Defendant's plea and finds plea to be freely and voluntarily given.

    Plea agreement: ☐ Lodged ☒ Filed ☐ No Written Agreement Filed

☐ PSI ORDERED ☐ EXPEDITED ☐ PSI waived ☒ Time waived for passage of sentence.

**SENTENCING**

☒ Special Assessment $10.00

☒ Fine $1,000.00

**Recorded By** Courtsmart     **COP** 11 min
**Deputy Clerk** Christina Davison     **Sent** 15 min

**Start:** 10:49 am
**Stop:** 11:15 am