**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>           **Plaintiff,**<br><br>   v.<br><br> **Eric Roger Hanson**<br><br>           **Defendant.** | <u>**PETTY**</u><br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No.  23-04069-MJ-PCT-001-CDB<br><br>Luke Stephen Mulligan, (APFD)<br>Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/17/203 to Citation 9688456.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 36 C.F.R. §2.40(b)(10), Camping Outside a Designated Area, a Class B Petty offense, as charged in the Citation 9688456.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is to pay a fine of $1,000.00 and a special assessment of $10.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00     **FINE:** $1,010.00    **RESTITUTION:** N/A

The defendant shall pay a special assessment of $10.00 which shall be due by August 17, 2023.

The defendant shall pay a total of $1,010.00 in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payments of the total criminal monetary penalties are due as follows: Balance of $1,010.00 to be paid in fully b August 17, 2023.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Citation 9688456.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, (10) costs, including cost of prosecution and court costs.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision.

23-04069-MJ-PCT-001-CDB Page 2 of 2
USA vs. Eric Roger Hanson

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

Date of Imposition of Sentence: **Monday, July 17, 2023**

Dated this 17th day of July, 2023.

_____
Camille D. Bibles
United States Magistrate Judge